Dexter WELBORN, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7373.

Circuit Court of Appeals, Fifth Circuit.

Oct. 16, 1934.

In forma pauperis.

Dexter Welborn, of Atlanta, Ga., in pro. per.

H. T. Nichols, Sp. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

On the authority of Hosier v. Aderhold (C. C. A.) 71 F.(2d) 422, the judgment is affirmed.